USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/7/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                          :
UNITED STATES OF AMERICA,        :
                          :
                          :
                          :
                 -v -                   :           1:19-cr-338-GHW
                          :
MOAZU KROMAH, *et al.*,              :           ORDER
                          :
                 Defendants.  :
                          :
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

        Trial in this matter will commence on Monday, July 11, 2022 at 9:00 a.m. The trial will take place in a courtroom to be determined in the United States District Court for the Southern District of New York, Daniel Patrick Moynihan U.S. Courthouse at 500 Pearl Street, New York, New York, 10007.

        Pretrial motions by Defendants are due no later than January 31, 2022. The Government's oppositions to any defense motions are due no later than February 21, 2022. Defendants' replies, if any, are due no later than February 28, 2022. The Court will hold a hearing on any defense motions necessitating a hearing on March 14, 2022 at 9:00 a.m.

        The pretrial materials required by Rule 6 of the Court's Individual Rules of Practice in Criminal Cases, including motions *in limine*, are due no later than May 11, 2022. If any motions *in limine* are filed, opposition papers are due no later than seven days after the date of service of the motion. Reply papers, if any, are due no later than four days after the date of service of the opposition. Courtesy copies of motions *in limine* should be submitted when the motions are fully briefed. The Court will hold a final pretrial conference in this matter on June 8, 2022 at 9:00 a.m.

        The parties are further directed to submit: (1) a proposed brief description of the case, to be

read to the venire and (2) a brief, mutually acceptable overview of the applicable law, to be read to the jury as part of the Court's initial instructions prior to opening statements, no later than May 11, 2022. If the parties are unable to agree on the language of such a short overview, they are directed to notify the Court of that fact by the same date.

    SO ORDERED.

Dated: December 7, 2021
New York, New York

                                                     GREGORY H. WOODS
                                                   United States District Judge