

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/31/2022

# MEMORANDUM ENDORSED

11 Broadway · Suite 615 · New York, NY 10004 · 125 Half Mile Road · Suite 200 · Red Bank, NJ 07701
T: 646.253.0583 · F: 646.224.9618 · C: 732.642.0598 ·E: JEC@cistarolawfirm.com
www.cistarolawfirm.com

_____

January 30, 2022

*Sent via ECF*
The Honorable Gregory H. Woods
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

*Re: United States of America v. Kromah, et al., 19 Cr. 338 (GHW)*

Dear Judge Woods:

    I represent Amara Cherif in the above-captioned matter. Pretrial motions are due on January 31, 2022. I write to respectfully request a brief one week extension to file motions. The government consents to this request.

    Thank you for your time and consideration.

                              Respectfully submitted,

                              s/ Jacqueline E. Cistaro, Esq.

cc:    All counsel (*via ECF*)

---

Application granted. Pretrial motions by Defendants are due no later than February 7, 2022. The Government's oppositions to any defense motions are due no later than February 28, 2022. Defendants' replies, if any, are due no later than March 7, 2022. The hearing scheduled on March 14, 2022 for any defense motions necessitating a hearing is adjourned to April 14, 2022 at 9:00 a.m.

SO ORDERED.

Dated: January 31, 2022
New York, New York

                              _____
                              GREGORY H. WOODS
                              United States District Judge