```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/10/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                     :
UNITED STATES OF AMERICA,         :
                     :
                     :
                     :
             -v -               :         1:19-cr-338-GHW
                     :
MOAZU KROMAH, *et al.*,           :          ORDER
                     :
              Defendants.  :
                     :
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

       The final pretrial conference scheduled in this matter on June 8, 2022, is rescheduled to May 31, 2022 at 9:00 a.m.

       SO ORDERED.

Dated: February 10, 2022
New York, New York

                                                          _____
                                                                GREGORY H. WOODS
                                                          United States District Judge