USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/14/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- X
       :
UNITED STATES OF AMERICA,       :
       :
       :
       :
    -v -       :    1:19-cr-338-GHW
       :
MOAZU KROMAH, *et al.*,       :    ORDER
       :
       Defendants.  :
       :
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

For the reasons stated on the record at the conference held on April 14, 2022, Cherif's motion to sever and motion to compel immediate compliance with Fed. R. Evid. 404(b), Dkt. No. 122, are denied. In addition, as confirmed on the record, Jacqueline E. Cistaro's motion to withdraw as counsel, Dkt. No. 130, has been withdrawn.

The Clerk of Court is directed to terminate the motions pending at Dkt. No. 122 and 130.

SO ORDERED.

Dated: April 14, 2022
      New York, New York

_____
GREGORY H. WOODS
United States District Judge