```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/20/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                              :
UNITED STATES OF AMERICA,        :

                                              :
                          -v -                     :      1:19-cr-338-GHW
                                              :
MOAZU KROMAH, *et al.*,             :      ORDER
                                              :
                         Defendants.  :
                                              :
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

      The final pretrial conference scheduled in this matter on May 31, 2022 is adjourned *sine die*.

      SO ORDERED.

Dated:  May 20, 2022
New York, New York

                                                              _____
                                                               GREGORY H. WOODS
                                                            United States District Judge