```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/4/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                               :
UNITED STATES OF AMERICA,                                      :
                                                               :
                                                               :    19-cr-338 (GHW)
        -v -                                                   :
                                                               :    ORDER
BADRU ABDUL AZIZ SALEH,                                        :
                                                               :
                                Defendant.                     :
                                                               :
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

Upon the application of defendant BADRU ABDUL AZIZ SALEH, by and through his attorney, and with the consent of the United States of America, by and through DAMIAN WILLIAMS, United States Attorney for the Southern District of New York, and SAGAR K. RAVI, Assistant United States Attorney, of counsel, it is hereby ORDERED that the status conference scheduled for October 13, 2022 is adjourned until November 15, 2022 at 3:00 p.m.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, because it will permit the parties to continue discussions regarding a pretrial resolution of this matter. Accordingly, it is ORDERED that the time from the date of this order to November 15, 2022, is hereby excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 191.

SO ORDERED.

Dated: October 4, 2022
       New York, New York

                                                _____
                                                GREGORY H. WOODS
                                                United States District Judge