```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                               :
    UNITED STATES OF AMERICA,                                  :
                                                               :
                                                               :
                     -v-                                       :
                                                               :
                                                               :
    BADRU ABDUL AZIZ SALEH,                                    :
                                                               :
                                            Defendant.         :
-------------------------------------------------------------- X
```

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #:_____
> DATE FILED: 3/27/2023

1:19-cr-338-GHW-5

ORDER

GREGORY H. WOODS, United States District Judge:

The sentencing hearing scheduled in this matter for April 5, 2023 is adjourned to April 24, 2023 at 10:00 a.m. The sentencing submissions deadlines in the Court's February 8, 2023 order, Dkt. No. 225, remain in full force and effect.

SO ORDERED.

Dated: March 27, 2023
New York, New York

_____
GREGORY H. WOODS
United States District Judge